Charles Forman and Eli Metcoff, appellees, v. Fred Becklenberg et al., defendants, on appeal of Sol Rubin, appellant. Gen. No. 33,319.

Opinion filed May 31, 1929.

Clark & Clark and Edward M. Keating, for appellant. Gallagher, Shulman & Abrams, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

Max L. Satt, appellee, v. Burke's Storage Company, appellant. Gen. No. 33,331.

Opinion filed May 31, 1929.

Frederick C. Harbour, for appellant; Harvey T. Fletcher, of .counsel. Perlman, Goodman & Scolnik, for appellee; Bernard T. Hecht, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

E. B. Zoomaya, appellee, v. E. Yohanna, appellant. Gen. No. 33,341.

Opinion filed May 31, 1929.

Harry G. Hershenson, for appellant; Edward Hershenson, of counsel. Earl J. Walker, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Horwitz & Dorfman, appellees, v. Myron E. Wisch, appellant. Gen. No. 33,350.

Opinion filed May 31, 1929.

Nathan Einhorn, for appellant; Sidney R. Tarkoff, of counsel. Samuels, Costello & Greenberg and Elmer M. Leesman, for appellees,

Mr. Justice Barnes delivered the opinion of the court,